# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DAVID G. HOLLETT,<br><br>　　　　　　　　　　Plaintiff,<br>　v.<br>HUNT, et al.,<br><br>　　　　　　　　　　Defendants. | Case No. 2:22-cv-01794-APG-BNW<br><br>**ORDER GRANTING MOTION TO SEAL**<br><br>[ECF No. 16] |

　　　The defendants' motion to seal the plaintiff's medical records **(ECF No. 16) is granted**. The documents filed at ECF No. 17 shall remain sealed.

　　　Dated: April 8, 2024

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　U.S. District Judge